UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
      Plaintiff,

v.

REAL PROPERTY REGISTERED IN THE
CADASTRAL MUNICIPALITY OF KRNICA,
LAND RECORD STREET NUMBER 1764,
CADASTRAL PARCEL NUMBER 1420/2 –
ARABLE LAND WITH AN AREA OF 851 M2,
IN THE LAND RECORDS OF THE MUNICIPAL
COURT IN PULA, CROATIA;

REAL PROPERTY REGISTERED IN THE
CADASTRAL MUNICIPALITY OF OPRIĆ,
LAND RECORD STREET NUMBER 2543,
CADASTRAL PARCEL NUMBER 1210 – WITH
A TOTAL AREA OF 2,310 M2, IN THE LAND
RECORDS OF THE MUNICIPAL COURT IN
OPATIJA, CROATIA;

REAL PROPERTY REGISTERED IN THE
CADASTRAL MUNICIPALITY OF OPRIĆ,
LAND RECORD STREET NUMBER 1660,
CADASTRAL PARCEL NUMBER 1215/14 –
WITH A TOTAL AREA OF 922 M2, IN THE
LAND RECORDS OF THE MUNICIPAL COURT
IN OPATIJA, CROATIA;

REAL PROPERTY REGISTERED IN THE
CADASTRAL MUNICIPALITY OF OPRIĆ,
LAND RECORD STREET NUMBER 1661,
CADASTRAL PLOT NUMBER 1215/15 – WITH
A TOTAL AREA OF 1,642 M2, AND IN THE
LAND RECORDS OF THE MUNICIPAL COURT
IN OPATIJA, CROATIA; and

ONE 52-FOOT FAIRLINE TARGA MOTORING
YACHT, BEARING HULL NUMBER GB-
FLN10444A404,
      Defendants.

Civil Action No. 13-10693-NMG

**UNITED STATES'
STATUS REPORT AND
MOTION FOR CONTINUED
STAY**

Motion allowed. NMGorton, USDJ 11/16/16